TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone:   415-861-9600
Fax:              415-861-9622
margainlaw@hotmail.com

RICHARD H. WILSON, Bar No. 175557
LAW OFFICE OF RICHARD H. WILSON
540 Bird Ave. #200
San Jose, CA 95125
Telephone: 408/977-1382
Fax:   408/294-5720
rhw-esq@mindspring.com

Attorneys for Plaintiffs FRANCISCO MUNOZ MARQUEZ; LUIS A. VIDAL

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MUNOZ MARQUEZ; LUIS A. VIDAL<br><br>            Plaintiffs,<br><br>     vs.<br><br>JUVENTINO RODRIGUEZ; ROBERT JAMES RODRIGUEZ; CHRISTINA CAMARILLO; MARTHA V. RODRIGUEZ; EILEEN RODRIGUEZ; and J&E HVAC, INC.<br><br>            Defendants | Case No.:  CV 08 08-1702 HRL<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

1

1 In accordance with the provisions of Title 28, U.S.C. Section 636(c), the Plaintiffs
2 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
3 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
4 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 30, 2008                    By:  /s/ TOMAS E. MARGAIN
                                              Tomas E. Margain
                                              Attorney for Plaintiffs

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE