TOMAS E. MARGAIN, (SBN 193555)
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone: 415-861-9600
Fax: 415-861-9622
Margainlaw@hotmail.com


RICHARD H. WILSON, Bar No. 175557
LAW OFFICE OF RICHARD H. WILSON
540 Bird Ave. #200
San Jose, CA 95125
Telephone: 408/977-1382
Fax: 408/294-5720
rhw-esq@mindspring.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO MUNOZ MARQUEZ; LUIS A. VIDAL<br><br>Plaintiffs,<br><br>vs.<br><br>JUVENTINO RODRIGUEZ; ROBERT JAMES RODRIGUEZ; CHRISTINA CAMARILLO; MARTHA V. RODRIGUEZ; EILEEN RODRIGUEZ; and J&E HVAC, INC.<br><br>Defendants | Case No.: CV 08 1702 HRL<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT HEARING** |

The parties through counsel stipulate as follows:

1. Service in this matter was completed by acknowledgement of receipt and time for defendant's answers has not yet run.

2. Defendants are not making general appearances at this time by virtue this stipulation.

3. The parties are actively engaging in exchange of information and settlement discussions.

4. The parties request that the initial case management hearing currently set for July 15, 2008 at 1:30 pm be continued to **September 9, 2008 at 1:30** so that the case is fully at issue and the parties have a reasonable opportunity to discuss ADR and other case management/settlement issues.

DATED: July 7, 2008

By: _____
RICHARD H. WILSON
Attorney for Plaintiffs

DATED: July 7, 2008

SIMS AND LAYTON

By _____
RONA P. LAYTON
Attorneys for Defendants ROBERT JAMES RODRIGUEZ; CHRISTINA CAMARILLO, and J&E HVAC, INC.

DATED: July 7, 2008

LAW OFFICES OF HEMANT R. HABBU, Inc.

By _____
JEFF PARK Attorneys for Defendants JUVENTINO RODRIGUEZ; MARTHA V. RODRIGUEZ; and EILEEN RODRIGUEZ

IT IS HEREBY ORDERED

The initial case management conference in this matter is continued to September 9, 2008 at 1:30 pm.

July ___14___, 2008    _____
Hon. Howard R. Lloyd
Magistrate of the Federal Court.

** END OF ORDER **