1  Rona P. Layton (SBN: 121238)
   SIMS & LAYTON
2  84 W. Santa Clara St., #660
   San Jose, CA 95113
3  (408) 998-3400

4  Attorneys for Defendants
   Robert Rodriguez, Christine Camarillo
5  and J & E HVAC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO MUÑOZ MARQUEZ; LUIS A. VIDAL, | CASE NO. 08-CV-1702 HRL |
| Plaintiffs, | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JUVENTINO RODRIGUEZ; ROBERT JAMES RODRIGUEZ; CHRISTINE CAMARILLO; MARTHA V. RODRIGUEZ; and J & E HVAC, INC., | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

SIMS & LAYTON

Dated:   August 26, 2008              By:   /s/   Rona P. Layton
                                      RONA P. LAYTON, Attorneys for
                                      Defendants Robert James Rodriguez,
                                      Christine Camarillo, and J & E HVAC,
                                      Inc.

Consent to Proceed Before Magistrate   08-CV-1702 HRL    1