1  Jeffrey C. Park, Esq.  (SBN 151747)
2  Hemant R. Habbu, Esq. (SBN 161437)
   HABBU & PARK INC.
3  95 S. Market Street, Suite 530
   San Jose, California  95113
4  Tel. (408) 993-9577
   Fax (408) 881-0456
5

6  Attorneys for Defendants Juventino Rodriguez,
7  Martha V. Rodriguez, and Eileen Rodriguez

8
                    UNITED STATES DISTRICT COURT
9                           FOR THE
                  NORTHERN DISTRICT OF CALIFORNIA
10                       SAN JOSE DIVISION

11

12

13  FRANCISCO MUNOZ MARQUEZ;        )  CASE No.: CV-08-1702 HRL
    LUIS A. VIDAL,                   )
14                                   )
                                     )
15          Plaintiffs,              )
                                     )  **CONSENT TO PROCEED BEFORE A**
16  v.                               )  **UNITED STATES MAGISTRATE**
                                     )  **JUDGE**
17  JUVENTINO RODRIGUEZ; ROBERT      )
    JAMES RODRIGUEZ; CHRISTINA       )
18  CAMARILLO; MARTHA V.             )
    RODRIGUEZ; EILEEN RODRIGUEZ;     )
19  AND J&E HVAC, INC.,              )
                                     )
20                                   )
            Defendants.              )
21                                   )

22

23

24          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

25          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties

26  hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further

27

28
    CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, Case No. CV 08-1702 HRL          1

1  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

2  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

3

4

5                                              Habbu & Park Inc.

6  Dated: August 27, 2008         by     ___/S/_____
                                          Jeff Park, Esq.
7                                         Attorneys for Juventino Rodriguez, Martha Rodriguez,
                                          and Eileen Rodriguez.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, Case No. CV 08-1702 HRL         2