TOMAS E. MARGAIN, SBN 193555     *ORDER E-FILED 12/12/2008*
LAW OFFICES OF TOMAS E. MARGAIN
28 N 1st St Ste 210
San Jose, CA, 95113
Telephone: (408) 297-4729
Fax: (408) 297-4728
Margainlaw@hotmail.com

RICHARD H. WILSON, SBN 175557
LAW OFFICE OF RICHARD H. WILSON
540 Bird Ave. #200
San Jose, CA 95125
Telephone: (408) 977-1382
Fax: (408) 294-5720
rhw-esq@mindspring.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO MUNOZ MARQUEZ; LUIS A. VIDAL,<br><br>Plaintiffs,<br><br>vs.<br><br>JUVENTINO RODRIGUEZ; ROBERT JAMES RODRIGUEZ; CHRISTINA CAMARILLO; MARTHA V. RODRIGUEZ; EILEEN RODRIGUEZ; and J&E HVAC, INC.<br><br>Defendants | Case No.: CV 08 1702 HRL<br><br>**STIPULATION AND ORDER RE: EXTENSTION OF DISCOVERY AND MEDIATION**<br><br>**MODIFIED BY THE COURT** |

The parties through counsel stipulate as follows:

1. The parties are still attempting to reach a compromise settlement without the cost of full litigation. To this end the parties agree that an extension of the currently set case management dates would facilitate this goal.

2. The parties met telephonically with the assigned mediator, discussed settlement and investigation issues and set an initial mediation date. The discussions regarding this request to extend discovery and other dates have included input from the court appointed mediator.

3. The parties are engaged in ongoing informal discovery in addition to the previous disclosures with the intended goal of having a substantial and meaningful mediation.

4. The parties have not previously requested any extensions of time for discovery in this matter.

5. The parties therefore request that all case management dates previously set be extended 75 days and that mediation be reset from mid-December to January at a time mutually agreed by counsel and the court appointed mediator.

DATED: December ___, 2008

By: _____
RICHARD H. WILSON
Attorney for Plaintiffs

DATED: December ___, 2008           SIMS AND LAYTON

By _____
RONA P. LAYTON
Attorneys for Defendants ROBERT JAMES
RODRIGUEZ; CHRISTINA,
CAMARILLO, and J&E HVAC, INC.

DATED: December 5, 2008             HABBU & PARK Inc.

By _____
JEFFREY PARK Attorneys for Defendants
JUVENTINO RODRIGUEZ; MARTHA V.
RODRIGUEZ; and EILEEN RODRIGUEZ

FAXED SIGNATURE

2. The parties met telephonically with the assigned mediator, discussed settlement and investigation issues and set an initial mediation date. The discussions regarding this request to extend discovery and other dates have included input from the court appointed mediator.

3. The parties are engaged in ongoing informal discovery in addition to the previous disclosures with the intended goal of having a substantial and meaningful mediation.

4. The parties have not previously requested any extensions of time for discovery in this matter.

5. The parties therefore request that all case management dates previously set be extended 75 days and that mediation be reset from mid-December to January at a time mutually agreed by counsel and the court appointed mediator.

DATED: December 8, 2008

By: _____
RICHARD H. WILSON
Attorney for Plaintiffs

DATED: December 9, 2008

SIMS AND LAYTON

By _____
RONA P. LAYTON
Attorneys for Defendants ROBERT JAMES RODRIGUEZ; CHRISTINA CAMARILLO, and J&E HVAC, INC.

*FAXED SIGNATURE*

DATED: December 5, 2008

HABBU & PARK Inc.

By _____
JEFFREY PARK Attorneys for Defendants
JUVENTINO RODRIGUEZ; MARTHA V. RODRIGUEZ; and EILEEN RODRIGUEZ

IT IS HEREBY ORDERED

The discovery dates set at the case management conference in this matter on September 9, 2008 are hereby continued ~~75 days~~ and the parties are ordered to ~~schedule~~ complete mediation in January 2009. The new dates are:

1. Fact Discovery Cutoff: March 6, ~~April 10,~~ 2009
2. Expert Disclosures (with reports): April 8, ~~May 1,~~ 2009
3. Rebuttal Expert Designation: April 22, ~~May 15,~~ 2009
4. Expert Discovery Cutoff: May 22, ~~June 12,~~ 2009
5. Last day to hear Dispositive Motions: July ~~28~~ 7 2009  10:00 a.m.
6. Pretrial Conference: August 18, ~~September 8,~~ 2009  1:30 p.m.
7. Bench Trial: (3 days) August 24, 2009 ~~To be determined~~

December  12  2008

_____
Hon. Howard R. Lloyd
Magistrate of the Federal Court

** END OF ORDER **