TOMAS E. MARGAIN, SBN 193555
LAW OFFICES OF TOMAS E. MARGAIN
28 N 1st St Ste 210
San Jose, CA, 95113
Telephone:  (408) 297-4729
Fax:  (408) 297-4728
Margainlaw@hotmail.com

RICHARD H. WILSON, SBN 175557
LAW OFFICE OF RICHARD H. WILSON
540 Bird Ave. #200
San Jose, CA 95125
Telephone:  (408) 977-1382
Fax:   (408) 294-5720
rhw-esq@mindspring.com

Attorneys for PLAINTIFFS

*E-FILED 3/30/2009*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO MUNOZ MARQUEZ; LUIS A. VIDAL<br><br>          Plaintiffs,<br><br>     vs.<br><br>JUVENTINO RODRIGUEZ; ROBERT JAMES RODRIGUEZ; CHRISTINA CAMARILLO; MARTHA V. RODRIGUEZ; EILEEN RODRIGUEZ; and J&E HVAC, INC.<br><br>          Defendants | Case No.: CV 08 1702 HRL<br><br>**STIPULATION FOR DISMISAL WITH PREJUDICE, AND ORDER THEREON** |

1  IT IS HEREBY STIPULATED, by and between the parties through their respective
2  counsel of record, that each of the above-captioned actions shall be dismissed with prejudice,
3  each party to bear his or its own attorneys' fees and costs.
4
5  DATED: March 26, 2009
6                                          By: _____/s/_____
7                                               RICHARD H. WILSON
                                                 Attorney for Plaintiffs
8
9  DATED: February 27, 2009              SIMS AND LAYTON
10                                         By _____/s/_____
11                                            RONA P. LAYTON
                                              Attorneys for Defendants ROBERT JAMES
12                                            RODRIGUEZ; CHRISTINA,
                                              CAMARILLO, and J&E HVAC, INC.
13
14  DATED: March 26, 2009                 LAW OFFICES OF HEMANT R. HABBU, Inc.
15
16                                         By _____/s/_____
17                                            JEFFREY PARK Attorneys for Defendants
                                              JUVENTINO    RODRIGUEZ; MARTHA V.
18                                            RODRIGUEZ; and EILEEN RODRIGUEZ
19
20
21  **IT IS SO ORDERED**
22  DATED:  ~~February~~ March  30 , 2009       _____
23
24                                            Hon. Howard R. Lloyd
                                              Magistrate of the Federal Court
25
26                         ** END OF ORDER **
27
28